NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WHIRLPOOL CORPORATION,**
*Plaintiff - Appellee*

v.

**UNITED STATES,**
*Defendant*

**ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,**
*Defendant - Appellant*

---

17-1117

---

Appeal from the United States Court of International Trade in No. 1:14-cv-00199-TCS, Chief Judge Timothy C. Stanceu.

---

ON MOTION

O R D E R

Upon consideration of appellee Whirlpool Corporation's unopposed motion to extend time to file appellee's principal brief until May 24, 2017, and to extend time to file appellant's reply brief until June 7, 2017,

IT IS ORDERED THAT:

The motion is granted.

                              FOR THE COURT

May 8, 2017                /s/ Peter R. Marksteiner
                              Peter R. Marksteiner
                              Clerk of Court

cc: Tessa V. Capeloto
Robert E. DeFrancesco III
Donald Harrison
Derick Holt
Alan H. Price